# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. DWAYNE GILMORE, | 1:12-cv-00925-GSA-PC |
| Plaintiff, | ORDER DENYING MOTIONS FOR COURT TO ORDER IMMEDIATE SERVICE AND SET PRETRIAL DEADLINES |
| v. | |
| D. AUGUSTUS, et al., | (Docs. 4, 9.) |
| Defendants. | |

C. Dwayne Gilmore ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on June 7, 2012. (Doc. 1.) On June 7, 2012, Plaintiff filed a motion for the court to initiate service of process and set pretrial deadlines in this action. (Doc. 4.) On June 29, 2012, Plaintiff filed a motion for an order directing service. (Doc. 9.)

The court is required by law to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity, such as the instant action brought pursuant to 42 U.S.C. § 1983. 28 U.S.C. § 1915A(a). The court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b)(1),(2).

With respect to service, the court will, *sua sponte*, direct the United States Marshal to serve the complaint only after the court has screened the complaint and determined that it contains

1  cognizable claims for relief against the named defendants.  On February 20, 2013, after screening
2  Plaintiff's Complaint pursuant to 28 U.S.C. § 1915A, the Court dismissed the Complaint for failure
3  to state a claim, with leave to amend. (Doc. 10.)  Thus, the Court determined that the Complaint did
4  not contain any cognizable claims, and therefore it is not time for service in this action.

5      As a rule, pretrial deadlines are not set until after one or more of the defendants files an
6  Answer.  In this case, none of the defendants have filed an Answer.  Therefore, it is not time for the
7  Court to set pretrial deadlines in this action.

8      Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's motions for immediate
9  service and for the Court to set pretrial deadlines, filed on June 7, 2012 and June 29, 2012, are
10 DENIED.

12      IT IS SO ORDERED.
13      Dated:  **February 20, 2013**         /s/ **Gary S. Austin**
14                                                       UNITED STATES MAGISTRATE JUDGE