UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. DWAYNE GILMORE,<br><br>            Plaintiff,<br><br>     vs.<br><br>D. AUGUSTUS, et al.,<br><br>            Defendants. | 1:12-cv-00925-GSA-PC<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR SCHEDULING ORDER<br>(Doc. 33.)<br><br>ORDER DIRECTING CLERK TO ISSUE SCHEDULING ORDER IN THIS ACTION |

C. Dwayne Gilmore ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on June 7, 2012. (Doc. 1.) This action now proceeds on the First Amended Complaint filed on March 8, 2013, against defendants Correctional Officer (C/O) C. Lockard, C/O C. Lopez, C/O J. Hightower, and C/O J. J. Torres for excessive force, and against defendant C/O J. J. Torres for denial of adequate medical care, in violation of the Eighth Amendment.[1] On April 4, 2014, defendants Hightower and Lopez filed an Answer to the complaint. (Doc. 30.) On April 21, 2014, Plaintiff filed a request for the court to issue a scheduling order in this action. (Doc. 34.)

---

[1] On November 18, 2013, the court issued an order dismissing all other claims and defendants from this action for failure to state a claim. (Doc. 17.) Defendants Lieutenant D. Augustus, Sergeant J. S. Diaz, Licensed Vocational Nurse (LVN) A. Serna, LVN B. Ismat, LVN I. Bari, LVN J. Canada, LVN Z. Nartume, and John Doe were dismissed from this action based on Plaintiff's failure to state any claims against them upon which relief may be granted under §1983, and Plaintiff's claims based on supervisory liability and claims for conspiracy and violation of due process were dismissed from this action for Plaintiff's failure to state a claim under § 1983. (Id.)

1

1  Good cause appearing, IT IS HEREBY ORDERED that:

2  1. Plaintiff's request for the court to issue a scheduling order in this action is GRANTED; and

4  2. The Clerk of Court is directed to issue a scheduling order in this action.

IT IS SO ORDERED.

Dated:   **April 24, 2014**                               **/s/ Gary S. Austin**
                                                 UNITED STATES MAGISTRATE JUDGE