UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. DWAYNE GILMORE,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>D. AUGUSTUS, et al.,<br><br>　　　　　Defendants. | 1:12-cv-00925-LJO-GSA-PC<br><br>ORDER GRANTING REQUEST TO WITHDRAW MOTION<br>(Doc. 50.)<br><br>ORDER WITHDRAWING MOTION FOR ISSUANCE OF SECOND ORDER DIRECTING SERVICE FROM COURT'S CALENDAR<br>(Doc. 49.) |

　　　　C. Dwayne Gilmore ("Plaintiff") is a prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On May 27, 2014, Plaintiff filed a Motion for the court to issue another order directing the Marshal to serve process upon defendant C. Lockard ("Motion"). (Doc. 49.) On May 29, 2014, in light of the fact that the Marshal filed a return of service executed for defendant C. Lockard on May 9, 2014, Plaintiff filed a request to withdraw the Motion. (Doc. 50.) Good cause appearing, Plaintiff's request to withdraw his Motion shall be granted.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　Plaintiff's request to withdraw his Motion, filed on May 29, 2014, is GRANTED; and

1

2.  Plaintiff's Motion for the court to issue another order directing the Marshal to serve process upon defendant C. Lockard, filed on May 27, 2014, is WITHDRAWN from the Court's calendar.

IT IS SO ORDERED.

Dated:  **June 3, 2014**            **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE