UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. DWAYNE GILMORE,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>D. AUGUSTUS, et al.,<br><br>　　　　　Defendants. | 1:12-cv-00925-LJO-GSA-PC<br><br>ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO COMPEL FILED ON DECEMBER 3, 2014 AND MOTION FOR RULING FILED ON APRIL 10, 2015<br>(ECF Nos. 91, 120) |

　　　　C. Dwayne Gilmore ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on June 7, 2012.  (Doc. 1.)  This action now proceeds on the First Amended Complaint filed on March 8, 2013, against defendants Correctional Officer (C/O) C. Lockard, C/O C. Lopez, and C/O J. Hightower, for excessive force.[1]  (Doc. 12.)

　　　　On December 3, 2014, Plaintiff filed a motion to compel, requesting a further response by defendant Hightower to Plaintiff's Interrogatory No. 1, Second Set, in which Plaintiff

---

[1] On November 18, 2013, the court issued an order dismissing claims and defendants from this action for failure to state a claim.  (Doc. 17.)  Defendants Lieutenant D. Augustus, Sergeant J. S. Diaz, Licensed Vocational Nurse (LVN) A. Serna, LVN B. Ismat, LVN I. Bari, LVN J. Canada, LVN Z. Nartume, and John Doe were dismissed from this action based on Plaintiff's failure to state any claims against them upon which relief may be granted under §1983, and Plaintiff's claims based on supervisory liability and claims for conspiracy and violation of due process were dismissed from this action for Plaintiff's failure to state a claim under § 1983.  (Id.)  On July 8, 2015, the court issued an order dismissing defendant Torres from this action, with prejudice, based on notice of defendant Torres' death.  (Doc. 131.)

1

requested the name and address of defendant Torres' legal representative. (Doc. 91.) On April 10, 2015, Plaintiff filed a request for ruling on the December 3, 2014 motion to compel. (Doc. 120.)

In Plaintiff's December 3, 2014 motion to compel (ECF No. 91) and April 10, 2015 request for ruling (ECF No. 120), Plaintiff seeks only the name and address of defendant Torres' legal representative in support of Plaintiff's motion for substitution of November 20, 2014. On July 8, 2015, defendant Torres was dismissed from this action, with prejudice, and Plaintiff's motion for substitution of November 20, 2014 was denied. Based on the July 8, 2015 ruling, Plaintiff's December 3, 2014 motion (ECF No. 91) and April 10, 2015 request (ECF No. 120) are moot and shall be denied as such.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to compel filed on December 3, 2014 (ECF No. 91) and request for ruling filed on April 10, 2015 (ECF No. 120), are DENIED as moot.

IT IS SO ORDERED.

Dated:   **July 9, 2015**                           **/s/ Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE