# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. DWAYNE GILMORE,<br><br>    Plaintiff,<br><br>    v.<br><br>C. LOCKARD, et al.,<br><br>    Defendants. | Case No.  1:12-cv-00925-LJO-SAB-PC<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS<br><br>(ECF NOs.  152, 153)<br><br>DISPOSITIVE MOTION DEADLINE December 15, 2015. |

Plaintiff Gilmoreis appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Defendants filed a request to extend time to file to file dispositive motions.  The motion is supported by the declaration of counsel.  The court finds that Defendants have shown good cause to extend the dispositive motion filing deadline.

Good cause having been presented to the Court, Defendants' motion is granted.  The dispositive motion filing deadline is extended to December 15, 2015.

IT IS SO ORDERED.

Dated:   **December 3, 2015**

UNITED STATES MAGISTRATE JUDGE

1