# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. DWAYNE GILMORE,<br><br>  Plaintiff,<br><br>  v.<br><br>C. LOCKARD, et al.,<br><br>  Defendants. | Case No.  1:12-cv-00925-LJO-SAB-PC<br><br>ORDER VACATING SETTLEMENT CONFERENCE<br><br>ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM<br><br>(ECF NO. 184) |

This matter was set for a settlement conference before U.S. Magistrate Judge Michael J. Seng on May 13, 2016, and the Court issued a writ of habeas corpus ad testificandum commanding the production of Plaintiff to the courthouse on May 13, 2016, at 10:30 a.m.  On April 19, 2016, counsel for Defendants filed a request to cancel the settlement conference.  The request is supported by the declaration of counsel that Plaintiff and Defendants have agreed that settlement negotiations would not be productive, and both sides have agreed to cancel the settlement conference.   The May 13, 2016, settlement conference is therefore vacated.

Accordingly, Plaintiff C. Dwayne Gilmore, CDCR No. T-29666, is no longer needed by the Court in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY VACATED.

IT IS SO ORDERED.

Dated:   **April 20, 2016**

UNITED STATES MAGISTRATE JUDGE