# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. DWAYNE GILMORE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C. LOCKARD, et al.,<br><br>　　　　Defendants. | Case No.  1:12-cv-00925-LJO-SAB -PC<br><br>ORDER DENYING PLAINTIFF'S MOTION TO SET TRIAL DATE<br><br>(ECF NO.  190) |

　　　　Plaintiff C. Dwayne Gilmore is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On May 18, 2016, Plaintiff filed a motion to set a trial date. (ECF No. 190.)  Plaintiff is advised that pending before the Court is Plaintiff's motion for summary judgment filed on December 8, 2015. (ECF No. 156.)  Defendants have opposed the motion. (ECF No. 167.)  Until such time as the court rules on Plaintiff's motion for summary judgment, Plaintiff's request to set a trial date is premature.  Should Plaintiff withdraw his motion for summary judgment, the Court will enter a scheduling order, setting pretrial deadlines, including a trial date and a date for a telephonic trial confirmation hearing.  If Plaintiff desires to withdraw his motion, he should file a Notice of Withdrawal of Motion for Summary Judgment within twenty days of the date of service of this order.  Otherwise, the Court will issue findings and recommendations regarding Plaintiff's motion for summary judgment.

1    Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to set a trial date is
2 DENIED as premature.

IT IS SO ORDERED.

Dated: **May 19, 2016**

UNITED STATES MAGISTRATE JUDGE