1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11  C. DWAYNE GILMORE, | Case No.  1:12-cv-00925-LJO-SAB-PC |
| 12        Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR ASSISTANCE AT TRIAL |
| 13        v. | (ECF NO. 192) |
| 14  C. LOCKARD, et al., | |
| 15        Defendants. | |

16

17     Plaintiff  is appearing pro se and in forma pauperis in this civil rights action pursuant to

18  42 U.S.C. § 1983.

19     On May 26, 2016, Plaintiff filed a motion titled as "Motion of Designation of Shante

20  Danielle Lands as Plaintiff's Assistance for Pretrial and Trial Purposes."  Plaintiff requests the

21  assistance of Shante Danielle Lands as an assistant at trial.  Plaintiff contends that because the

22  Court denied his motions for the appointment of counsel, he needs assistance at trial to help him

23  adequately present his case.  Plaintiff supports his motion with the declaration of Shante Danielle

24  Lands, who declares that Plaintiff sought her assistance and that she is willing to assist him at

25  trial. (ECF No. 192, p. 3.)

26     Plaintiff is advised that parties representing themselves "must appear personally or by

27  courtesy appearance by an attorney admitted to the Bar of this Court and may not delegate that

28  duty to any other individual, including husband or wife, or any other party on the same side

1

1  appearing without an attorney." Local Rule 183(a).  Any individuals who are not an attorney and

2  not admitted to this Court are precluded from appearing on behalf of anyone but them self.

3  Johns v. Cnty. of San Diego, 114 F.3d 874, 877 (9th Cir. 1997); C. E. Pope Equity Trust v.

4  United States, 818 F.2d 696, 697 (9th Cir. 1987).  Plaintiff, proceeding pro se on his own behalf,

5  is solely responsible for prosecuting this action.  There is no indication that Ms. Lands is an

6  attorney admitted to this Court.

7       Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Assistance at Trial

8  is DENIED.

9

10  IT IS SO ORDERED.

11  Dated:   **May 27, 2016**   _____

                                 UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28