# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. DWAYNE GILMORE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C. LOCKARD, et al.,<br><br>　　　　Defendants. | Case No.  1:12-cv-00925-LJO-SAB-PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR RULING<br><br>(ECF NO.  194) |

On June 9, 2016, Plaintiff filed a motion for a ruling on his motion for summary judgment.  Plaintiff is advised that the Court presently has a large number of cases pending.  This case is among those.  Case management at this Court proceeds by the order cases are received.  Due to the caseload of the Court, and the Court's diligent handling of each individual case, rulings and decisions often take time.  Plaintiff's motion will be addressed in due course and the appropriate order will issue.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for a ruling on his motion is DENIED.

IT IS SO ORDERED.

Dated:   **June 10, 2016**

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1