# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. DWAYNE GILMORE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C. LOCKARD, et al.,<br><br>　　　　Defendants. | Case No.  1:12-cv-00925-SAB-PC<br><br>ORDER SETTING TELEPHONIC CONFERENCE CALL |

　　　Plaintiff C. Dwayne Gilmore is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Pursuant to 28 U.S.C. §636(c), the parties have consented to jurisdiction of the United States Magistrate Judge. ( ECF Nos. 8, 199.)

　　　This action is proceeding against Defendants Lockard, Lopez, and Hightower for excessive force in violation of the Eighth Amendment.  On September 22, 2016, an order was entered, denying Defendant's motion for summary judgment. (ECF No. 200.)  This matter is ready for trial.

　　In the interest of accommodating the parties' schedules, the Court will hold a telephonic hearing for scheduling purposes.

　　Accordingly, IT IS HEREBY ORDERED that:

　　1. A telephonic scheduling hearing will be held on **October 3, 2016, at 3:30 p.m.,** in

1

1  Courtroom 9 before the undersigned, and

2. Counsel shall contact Courtroom Deputy Mamie Hernandez, at (559) 499-5672, prior to the hearing date, to receive instructions regarding the conference call.

IT IS SO ORDERED.

Dated:   **September 27, 2016**

UNITED STATES MAGISTRATE JUDGE