UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. DWAYNE GILMORE,<br><br>          Plaintiff,<br><br>     v.<br><br>C. LOCKARD, et al.,<br><br>          Defendants. | Case No.: 1:12-cv-00925-SAB (PC)<br><br>ORDER RESETTING TELEPHONIC PRETRIAL CONFERENCE (TIME ONLY)<br><br>Telephonic Pretrial Conference:<br>**January 9, 2017 at 1:00 p.m.**<br>**Courtroom 9 (SAB)** |

This case is presently set for a telephonic pretrial conference on January 9, 2017 at 3:30 p.m. in Courtroom 9 before the undersigned.  Based on the Court's scheduling needs, IT IS HEREBY ORDERED that the telephonic pretrial conference is reset to **January 9, 2017 at 1:00 p.m.** in Courtroom 9 before the undersigned. Defense counsel is ordered to contact the Litigation Coordinator at the institution where Plaintiff is housed and inform them of the change in time, and is reminded that the direct dial for the conference is (877) 336-1280, with passcode 1198646.

IT IS SO ORDERED.

Dated:   **January 6, 2017**

_____
UNITED STATES MAGISTRATE JUDGE