UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. DWAYNE GILMORE,<br><br>    Plaintiff,<br><br>    v.<br><br>C. LOCKARD, et al.,<br><br>    Defendants. | Case No.: 1:12-cv-00925-SAB (PC)<br><br>ORDER SETTING SETTLEMENT CONFERENCE ON JANUARY 23, 2017, AT 9:00 A.M. BEFORE UNITED STATES MAGISTRATE JUDGE KENDALL J. NEWMAN |

    Plaintiff C. Dwayne Gilmore, also known as Cary D. Gilmore, is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    The Court has determined that this case will benefit from a settlement conference. Therefore, this case will be referred to United States Magistrate Judge Kendall J. Newman at the United States District Court for the Eastern District of California, Sacramento, California in Courtroom #25 on January 23, 2017, at 9:00 a.m. Plaintiff shall appear by videoconference and Defendants' counsel, Michelle Angus, shall appear in person.

    In accordance with the above, IT IS HEREBY ORDERED that:

1. This case is set for a settlement conference before United States Magistrate Judge Kendall J. Newman on January 23, 2017, at 9:00 a.m at the United States District Court, 501 I Street, Sacramento, California 95814 in Courtroom #25.
2. A representative with full and unlimited authority to negotiate and enter into a binding settlement shall attend in person.
3. Those in attendance must be prepared to discuss the claims, defenses and damages. The

1

failure of any counsel, party or authorized person subject to this order to appear in person may result in the imposition of sanctions.  In addition, the conference will not proceed and will be reset to another date.

4. Defendants shall provide a confidential settlement statement to the following email address: kjnorders@caed.uscourts.gov, by **12:00 p.m. on January 20, 2017**.  Defendants shall also file a <u>Notice of Submission of Confidential Settlement Conference Statement</u> (See Local Rule 270(d)).  The settlement statement **should not be filed** with the Clerk of the court **nor served on any other party**.  The settlement statement shall be clearly marked "confidential" with the date and time of the settlement conference indicated prominently thereon.

5. The confidential settlement statement shall be **no longer than five pages** in length, typed or neatly printed, and include the following:

    a. A brief statement of the facts of the case.

    b. A brief statement of the claims and defenses, i.e., statutory or other grounds upon which the claims are founded; a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute.

    c. An estimate of the cost and time to be expended for further discovery, pretrial, and trial.

    d. The party's position on settlement, including present demands and offers and a history of past settlement discussions, offers, and demands.

    e. A brief statement of each party's expectations and goals for the settlement conference, including how much a party is willing to accept and/or willing to accept.

    f. The parties are instructed to have a principle with full settlement authority present for the settlement conference or to be fully authorized to settle the matter on any terms.  The individual with full settlement authority to settle must also have unfettered discretion and authority to change the settlement position of the party, if

appropriate.  The purpose behind requiring attendance of a person with full settlement authority is that the parties view of the case may be altered during the face to face conference.  An authorization to settle for a limited dollar amount or sum certain can be found not to comply with the requirement of full authority to settle.

IT IS SO ORDERED.

Dated:   **January 17, 2017**

UNITED STATES MAGISTRATE JUDGE