UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. DWAYNE GILMORE,<br>                    Plaintiff,<br><br>v.<br><br>C. LOCKARD, et al.,<br>                    Defendants. | 1:12-cv-00925-SAB  (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE C. DWAYNE GILMORE, CDC # T-29666, **VIA VIDEOCONFERENCE**<br><br>DATE: January 23, 2017<br>TIME:  9:00 a.m. |

**C. Dwayne Gilmore, also known as Cary D. Gilmore, inmate, CDC #T-29666**, a necessary and material witness for the Plaintiff in proceedings in this case on January 23, 2017, is confined at California State Prison, Centinela, 2302 Brown Road, Imperial, CA 92251, in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **via videoconference from California State Prison, Centinela** before Judge Kendall J. Newman on January 23, 2017, at 9:00 a.m.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify **via videoconference from California State Prison, Centinela** at the date and time above, until completion of the court proceedings or as ordered by the court;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of California State Prison, Centinela**

**WE COMMAND** you to produce the inmate named above to testify **via videoconference from California State Prison, Centinela** at the date and time above, and until completion of the proceedings, or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  **January 18, 2017**

_____
UNITED STATES MAGISTRATE JUDGE

