UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. DWAYNE GILMORE,<br>　　　　　Plaintiff,<br><br>v.<br><br>C. LOCKARD, et al.,<br>　　　　　Defendants. | 1:12-cv-00925 SAB  (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF C. DWAYNE GILMORE, CDCR # T-29666<br><br>DATE: February 28, 2017<br>TIME:  8:15 a.m. |

　　　C. Dwayne Gilmore, also known as Cary D. Gilmore, inmate, CDCR #T-29666, a necessary and material witness on his own behalf in proceedings in this case on February 28, 2017, is confined at California State Prison, Centinela, 2302 Brown Road, Imperial, CA 92251, in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Courtroom #9,  6th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on February 28, 2017, at 8:15 a.m.

　　　**ACCORDINGLY, IT IS ORDERED that:**

　　　1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, **along with his legal property**, to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

　　　2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of California State Prison, Centinela**

　　　**WE COMMAND** you to produce the inmate named above, **along with his legal property**, to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

　　　**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  **January 31, 2017**　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

