**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| C. DWAYNE GILMORE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C. LOCKARD, et al.,<br><br>　　　　Defendants. | Case No.: 1:12-cv-00925-SAB (PC)<br><br>ORDER FINALIZING RULINGS ON PLAINTIFF'S MOTIONS IN LIMINE<br><br>(ECF No. 239) |

　　　　Plaintiff C. Dwayne Gilmore is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On February 13, 2017, Plaintiff filed motions in limine. (ECF No. 239.) Due to the prior proceedings and to avoid any undue prejudice to either party in preparing their cases, the Court issued tentative rulings on those motions on February 16, 2017. (ECF No. 240.) The Court also permitted the parties to file written objections to those tentative rulings, and scheduled a hearing. No written objections were filed.

　　　　On February 27, 2017, the Court held a hearing on Plaintiff's motions in limine. Plaintiff appeared pro se, by telephone, and Michelle L. Angus and Khaliah M. Burnley appeared on behalf of Defendants, in person. The parties indicated that they did not oppose the tentative rulings.

///

1

Consequently, it is HEREBY ORDERED that the rulings set forth as tentative in the Court's February 16, 2017 order, (ECF No. 240), on Plaintiff's motions in limine, (ECF No. 239), are now final.

IT IS SO ORDERED.

Dated:   **February 27, 2017**

UNITED STATES MAGISTRATE JUDGE