UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. DWAYNE GILMORE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C. LOCKARD, et al.,<br><br>　　　　Defendants. | No. 1:12-cv-00925-SAB (PC)<br><br>ORDER THAT INMATE **C. DWAYNE GILMORE, CDCR T-29666**, IS NO LONGER NEEDED AS A PLAINTIFF/WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

A jury trial commenced on February 28, 2017 in this matter, and has now concluded. Inmate C. Dwayne Gilmore, also known as Cary D. Gilmore,, CDCR Inmate No. T-29666, is no longer needed by the Court as a plaintiff/witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **March 2, 2017**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE