

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


C. DWAYNE GILMORE,

        Plaintiff,

vs.

C. LOCKARD, C. LOPEZ,
J. HIGHTOWER

        Defendants.
_____/

**JUDGMENT IN A CIVIL ACTION**

1:12-cv-00925-SAB (PC)

    JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

    IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT BE ENTERED IN FAVOR OF DEFENDANTS C. LOCKARD, C. LOPEZ and J. HIGHTOWER and against PLAINTIFF C. DWAYNE GILMORE.

DATED:  MARCH 2, 2017

                            MARIANNE MATHERLY, Clerk

                  By:
                            Deputy Clerk