Case 1:12-cv-00925-NONE-SAB   Document 287   Filed 09/15/20   Page 1 of 1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. DWAYNE GILMORE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C. LOCKARD, et al.,<br><br>　　　　Defendants. | Case No.: 1:12-cv-00925-NONE-SAB (PC)<br><br>ORDER DIRECTING PARTIES TO ADVISE THE COURT WHETHER FURTHER DISCOVERY IS NECESSARY REGARDING DEFENDANT ELIZABETH TORRES<br><br>(ECF No. 286) |

Plaintiff C. Dwayne Gilmore is a state prisoner proceeding *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On June 18, 2020, the Court granted Plaintiff's motion to substitute Elizabeth Torres as successor in interest for Defendant Johnny "JJ" Torres. (ECF No. 284.)

On September 11, 2020, Defendant Elizabeth Torres filed an answer to the complaint. (ECF No. 286.)

Within **twenty-one (21)** days from the date of service of this order, the parties are directed to meet and confer and file a joint brief informing the Court whether discovery is necessary as to Defendant Elizabeth Torres.

IT IS SO ORDERED.

Dated:　**September 14, 2020**

　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1