# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. DWAYNE GILMORE,<br><br>    Plaintiff,<br><br>    v.<br><br>C. LOCKARD, et al.,<br><br>    Defendants. | Case No.: 1:12-cv-00925-NONE-SAB (PC)<br><br>ORDER APPROVING PARTIES' JOINT STIPULATION TO EXTEND THE SCHEDULING ORDER<br><br>(ECF No. 298) |

    Plaintiff C. Dwayne Gilmore is a state prisoner proceeding *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

    On May 12, 2021, the parties filed a joint stipulation to extend the scheduling order.

    On the basis of good cause, it is HEREBY ORDERED that the joint stipulation to extend the scheduling order is granted, and the deadlines are extended as follows:

    1. Close of non-expert discovery: December 16, 2021;

    2. Non-dispositive pre-trial motion deadline: December 16, 2021;

    3. Dispositive pre-trial motion deadline: March 11, 2022;

    4. Expert witness disclosure deadline: April 15, 2022;

    5. Close of expert discovery: May 16, 2022; and

    6. Pre-trial conference: August 4, 2022.

IT IS SO ORDERED.

Dated:   **May 13, 2021**

                                       UNITED STATES MAGISTRATE JUDGE