**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| C. DWAYNE GILMORE,<br><br>    Plaintiff,<br><br>    v.<br><br>C. LOCKARD, et al.,<br><br>    Defendants. | Case No.: 1:12-cv-00925-NONE-SAB (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE C. DWAYNE GILMORE, CDCR #T-29666 |

A settlement conference in this matter commenced on May 13, 2021. Inmate C. Dwayne Gilmore, CDCR #T-29666 is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **May 13, 2021**             /s/ *Barbara A. McAuliffe*
                                                      UNITED STATES MAGISTRATE JUDGE