# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. DWAYNE GILMORE,<br><br>    Plaintiff,<br><br>    v.<br><br>C. LOCKARD, et al.,<br><br>    Defendants. | Case No.: 1:12-cv-00925-NONE-SAB (PC)<br><br>ORDER APPROVING PARTIES' STIPULATION TO EXTEND THE DEADLINE TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 304) |

On May 13, 2021, Magistrate Judge Barbara A. McAuliffe conducted a settlement conference in this case, and the parties reached a tentative agreement to settle the case with the terms placed on the record. (ECF No. 300.) The Court ordered that disposition documents be filed within thirty days of May 13, 2021. (Id.)

On June 14, 2021, the parties filed a stipulation to extend the deadline to file the disposition documents. (ECF No. 304.)

Good cause having been presented, it is HEREBY ORDERED that the parties shall file the disposition documents within **fourteen (14)** days after all payments are received.

IT IS SO ORDERED.

Dated: __June 15, 2021__

                                                UNITED STATES MAGISTRATE JUDGE

1