# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. DWAYNE GILMORE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C. LOCKARD, et al.,<br><br>　　　　　Defendants. | Case No.: 1:12-cv-00925-NONE-SAB (PC)<br><br>ORDER DIRECTING PARTIES TO FILE A STATUS REPORT REGARDING THE FILING OF DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 305) |

　　　　Plaintiff C. Dwayne Gilmore is a state prisoner proceeding *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On May 13, 2021, Magistrate Judge Barbara A. McAuliffe conducted a settlement conference in this case, and the parties reached a tentative agreement to settle the case with the terms placed on the record. (ECF No. 300.) The Court ordered that disposition documents be filed within thirty days of May 13, 2021. (Id.)

　　　　On June 15, 2021, the Court approved the parties stipulation to extend the deadline to file the disposition documents until fourteen days after receipt of the settlement and costs award payments (ECF Nos. 304, 305.)

　　　　Because it has been over three months, the Court HEREBY DIRECTS the parties to file a status report regarding the status of the payment of the settlement funds within **ten (10)** days from the date of service of this order.

IT IS SO ORDERED.

Dated:　**October 7, 2021**　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1