**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| C. DWAYNE GILMORE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C. LOCKARD, et al.,<br><br>　　　　Defendants. | Case No.: 1:12-cv-00925-NONE-SAB (PC)<br><br>ORDER DIRECTING PARTIES TO FILE A STATUS REPORT REGARDING THE FILING OF DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 311) |

　　　　Plaintiff C. Dwayne Gilmore is a state prisoner proceeding *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On May 13, 2021, Magistrate Judge Barbara A. McAuliffe conducted a settlement conference in this case, and the parties reached a tentative agreement to settle the case with the terms placed on the record. (ECF No. 300.) The Court ordered that disposition documents be filed within thirty days of May 13, 2021. (Id.)

　　　　On June 15, 2021, the Court approved the parties stipulation to extend the deadline to file the disposition documents until fourteen days after receipt of the settlement and costs award payments (ECF Nos. 304, 305.)

　　　　On October 7, 2021, the Court directed the parties to file a joint status report regarding the filing of dispositional documents. (ECF No. 308.)

　　　　On October 18, 2021 and January 4, 2022, the parties filed joint status reports indicating that payment of the settlement funds was to be distributed on January 25, 2022 and dispositional documents would be filed within fourteen days after payment. (ECF Nos. 309, 311.)

///

///

///

///

1

1   The Court HEREBY DIRECTS the parties to file a further status report regarding the status of
2   the payment of the settlement funds within **five (5)** days from the date of service of this order.

4   IT IS SO ORDERED.

5   Dated:   **February 10, 2022**

              UNITED STATES MAGISTRATE JUDGE

2